**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6780**

———————————

In Re: IVEY WALKER,

Petitioner.

———————————

On Petition for Writ of Mandamus.
(CR-97-22-T, CA-02-66-3)

———————————

Submitted: June 13, 2002          Decided:  June 19, 2002

———————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Ivey Walker, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ivey Walker, a federal prisoner, filed a petition for a writ of mandamus alleging undue delay in the district court. Walker filed a habeas corpus petition pursuant to 28 U.S.C.A. § 2241 (West 2000) on February 20, 2002.

The writ of mandamus is a drastic remedy and should only be granted in those extraordinary situations when no other remedy is available. In re: Beard, 811 F.2d 818, 826 (4th Cir. 1987). We find that there has been no undue delay in the district court. We therefore deny the petition for mandamus relief.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED